# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MATTHEW TRAVIS HOUSTON,<br>                    Appellant,<br>vs.<br>MANDALAY BAY CORP, D/B/A<br>MANDALAY BAY RESORT AND<br>CASINO,<br>                    Respondent.<br>MATTHEW TRAVIS HOUSTON,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 84477 **FILED**<br><br>APR 18 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>     DEPUTY CLERK<br><br>No. 84478 |

## ORDER DISMISSING APPEALS

These are pro se appeals. Eighth Judicial District Court, Clark County; David M. Jones, Judge: Eighth Judicial District Court, Clark County; Elham Roohani, Judge.

Appellant has filed what appear to be two identical notices of appeal, one bearing a criminal district court case number, and one bearing a civil district court case number. The notices state that appellant appeals from an "Order Granting in Part, Denying in Part, Defendant's Pro Per Motion to Dismiss Counsel from 2/1/2022." To the extent appellant appeals from the February 1, 2022, "Order Granting In Part, Denying In Part Defendant's Pro Per Motion to Dismiss Counsel" entered in criminal district court case number C-21-357927-1, no statute or court rule allows an appeal from a postconviction order granting a motion to dismiss counsel, denying a motion to recuse the judge, and denying a request for money. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that this

SUPREME COURT<br>OF<br>NEVADA

(O) 1947A

22-12124

court has jurisdiction only when a statute or court rule provides for an appeal). To the extent appellant appeals from the "Order Denying Motion to Amend Complaint and Motion to Dismiss Counsel and Appoint Stand-By Counsel," entered on February 28, 2022, in civil district court case number A-17-758861-C, no statute or court rule allows an appeal from such an order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc: Hon. David M. Jones, District Judge
Hon. Elham Roohani, District Judge
Attorney General/Carson City
Clark County District Attorney
Matthew Travis Houston
Clark McCourt, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A